NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis La Rue,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, *et al.*,<br><br>　　　　　Defendants. | No. CV-16-00024-PHX-JJT<br><br>**ORDER** |

　　　　Upon the Stipulation for Dismissal of Experian Information Solutions, Inc. With Prejudice (Doc. 26), and good cause appearing,

　　　　IT IS ORDERED granting the Stipulation (Doc. 26). The above-entitled matter is hereby dismissed with prejudice as to Defendant Experian Information Solutions, Inc. only, the parties to bear their own costs and attorneys' fees.

　　　　IT IS FURTHER ORDERED closing this matter.

　　　　Dated this 8th day of April, 2016.

　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　United States District Judge